

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00617-CR

Anthony Charles **MCVEA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 15, Bexar County, Texas
Trial Court No. 614181
Honorable Melissa Vara, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
              Rebeca C. Martinez, Justice
              Liza A. Rodriguez, Justice

Delivered and Filed: December 11, 2019

DISMISSED FOR WANT OF JURISDICTION

Appellant filed a pro se motion to suppress and a pro se notice of appeal on the same day, September 4, 2019. The record contains no final judgment or other appealable order, and no trial court certification of a right to appeal. *See* TEX. R. APP. P. 25.2(a)(2). In addition, the record reflects that appellant is represented by counsel and therefore may not simultaneously proceed pro se. *See Rudd v. State*, 616 S.W.2d 623, 625 (Tex. Crim. App. 1981) (there is no right to hybrid representation in Texas). Therefore, we ordered appellant to show cause why this appeal should

not be dismissed for lack of jurisdiction.  Appellant did not respond.  Accordingly, this appeal is dismissed for want of jurisdiction.  TEX. R. APP. P. 43.2(f).

PER CURIAM

DO NOT PUBLISH